# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF JOHN CARPENTER AND ITS MEMBERS; and JOHN CARPENTER, An Individual,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>HARBOR LIQUOR and THE CUSENZA FAMILY TRUST; CUSENZA, ANTOINETTE (Trustee/Conservator)<br><br>　　　　Defendants | Case No.:06cv2215 BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv2215 BEN (RBB).  Additionally, Plaintiffs Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated:  January 12, 2007

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

Case Number. 06cv2215 BEN (RBB)